# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JONATHAN DICKENS

NO. 2019 KW 1595

**MAR 1 3 2020**

In Re:    Jonathan Dickens, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 564,824.

**BEFORE:   McDONALD, THERIOT, AND CHUTZ, JJ.**

    **WRIT DENIED ON THE SHOWING MADE.** Relator failed to include copies of the motion at issue, the original and the habitual offender bills of information, the criminal commitment, the habitual offender sentencing transcript and/or the criminal court minutes. Therefore, this court cannot adequately review the district court's ruling on the motion to correct an illegal sentence. Supplementation of this writ application and/or an application for rehearing will not be considered. See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9. In the event relator elects to file a new application with this court, he may do so without the necessity of obtaining a return date. The application shall be filed on or before May 12, 2020, and should include the missing items noted above and a copy of this ruling.

JMM
MRT
WRC

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT